IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,  Case No. 3:10-cr-00431

    Plaintiff,

-vs-  SENTENCING ORDER
  RE: CONDITIONS OF
  SUPERVISED RELEASE

Anthony C. Willoughby,
  JUDGE JACK ZOUHARY

    Defendant.



### STANDARD CONDITIONS

While on supervised release, Defendant shall not commit another federal, state, or local crime, shall not illegally possess a controlled substance, shall comply with the standard conditions that have been adopted by this Court, and shall comply with the following additional conditions:

**Mandatory Drug Testing**
The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of the commencement of supervision and to at least two periodic drug tests thereafter, as determined by the pretrial services and probation officer.

**Firearms and Dangerous Weapons**
The defendant shall not possess a firearm, destructive device or any dangerous weapon.

**Search and Seizure**
The defendant shall submit his person, residence, place of business, computer, or vehicle to a warrantless search, conducted and controlled by the U.S. Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

**Financial Disclosure**
The defendant shall provide the probation officer with access to any requested financial information.

**DNA Collection**
The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Sex Offender Registration and Notification Act (Adam Walsh Act)**
Pursuant to 18 U.S.C. § 3583, the defendant is required to register under the Sex Offender Registration and Notification Act, and must comply with the requirements of that Act as directed by the probation officer.

Pursuant to the Adam Walsh Child Protection Act of 2006, the defendant shall register as a sexual offender not later than three (3) business days from his release from custody. The defendant will keep the registration current in each jurisdiction in which he resides, is employed, or is a student. The defendant shall, no later than three business days after each change in name, residence, employment or student status, appear in person in at least one jurisdiction in which he is registered and inform that jurisdiction of all changes in reporting information. Failure to do so may be a violation of his conditions of supervised release and may be a new federal offense punishable by up to ten years.

**Minor Protection and Restriction Program (MPRP) (For Offenses Posing a Risk to Minors)**
The defendant will abide by all rules of the Minor Protection and Restriction Program of the U.S. Pretrial Services and Probation Office.

The defendant shall submit to a mental health evaluation and sex offender assessment as directed by the probation officer. The defendant shall participate in any treatment program, including for sexual deviancy, which may include polygraph testing, if recommended by these evaluations. The defendant shall submit to periodic polygraph testing as directed by the probation officer. No violation proceedings will be based solely on the results of a polygraph examination or a valid Fifth Amendment refusal to answer a polygraph question.

The defendant shall have not contact with the victim or victim's family (including letters, communication devices, audio or visual devices, visits, or any contact through a third party) without prior written consent of the probation officer.

I have reviewed and understand the above additional conditions of my sentence.

Date: 07/03/2012

Defendant declined to sign. Conditions were read to defendant on the record - See record hearing.

Anthony C. Willoughby, Defendant

Spiros P. Cocoves, Attorney

IT IS SO ORDERED.

_____
Judge Jack Zouhary

2